**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOSHUA STOCKTON
ADC #169885**                                                                                          **PLAINTIFF**

**v.**                                        **Case No. 4:23-cv-00131 KGB-ERE**

**JOE PAGE,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition ("Partial Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 72). Plaintiff Joshua Stockton has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Partial Recommendation in its entirety as this Court's findings in all respects (*Id.*). Mr. Stockton's claims against separate defendant Daniels are dismissed without prejudice for failure of service (Dkt. No. 2). The Clerk of Court is instructed to terminate separate Defendant Daniels as a party to this matter.

It is so ordered this the 19th day of February, 2025.

Kristine G. Baker
Chief United States District Judge