## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOSHUA STOCKTON**
**ADC #169885**                                                                 **PLAINTIFF**

**v.**                              **Case No. 4:23-cv-00131 KGB-ERE**

**JOE PAGE,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition ("Partial Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 122). Neither plaintiff Joshua Stockton nor defendant Majestic Dismute have filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Partial Recommendation in its entirety as this Court's findings in all respects (*Id.*). Dismute's motion for summary judgment is denied (Dkt. No. 102).

It is so ordered this the 3rd day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge